IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHERI AUGENSTEIN | ) | |
| | ) | CASE NO.: 11-CV-390 |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES L. GRAHAM |
| Vs. | ) | |
| | ) | |
| ALLIED DATA CORP. | ) | Magistrate Judge |
| | ) | Elizabeth Preston Deavers |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DISMISSAL**

The Parties to this matter have resolved their differences.  Pursuant to Federal Civil Rule 41(a)(1)(A)(i) Plaintiff Sheri Augenstein and dismisses this case, with Prejudice.

Respectfully Submitted,

 /s/  *Brian T. McElroy*
Brian T. McElroy (0073930)
McElroy Law, LLC
1991 Crocker Road
Gemini I, Suite 600
Westlake, Ohio 44145
Phone: (440) 892-3334
Fax:    (440) 892-3336
Email: btm@McElroyLawllc.com

Attorney for Plaintiff Sheri Augenstein

1

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Dismissal* was served on September 28, 2011, via regular U.S. mail upon the following Parties:

Allied Data Corp.
Attn: J. David Laman, Esq.
13111 Westheimer, Suite 400
Houston, Texas 77077

    Defendant.

    /s/ *Brian T. McElroy*
    Brian T. McElroy (0073930)